U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
**July 10, 2025**
Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

ORARP (1/28/22) dcm

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
 **Rachel Gene Bierma** ) Case No. **25–61602–pcm7**
Debtor )
 )
 )
 ) ORDER RE REAFFIRMATION
 ) AGREEMENT (NO HEARING HELD)
 )
 )

A reaffirmation agreement between debtor and creditor Freedom Mortgage Corporation was filed on 07/09/2025 as ECF No. 11 .

The court will not hold a hearing to consider approval of the agreement, which is neither approved nor disapproved, because the agreement reaffirms a consumer debt secured by real property making court approval unnecessary under 11 U.S.C. § 524(c)(6)(B).

###